UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,

                Plaintiffs,

- against -

JAMES JOYCE, SEAMUS BOYLE, SEAMUS
BOYLE, LLC, STEVEN P. HADDAD, and
STEVEN P. HADDAD., P.C.,

                Defendants.

20-cv-596 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

For the reasons explained at the conference on January 24, 2020, the temporary restraining order issued by the Court at 10:35 A.M. on January 23, 2020 is vacated.

The defendant is hereby put on notice of the plaintiff's request for a preliminary injunction. The Court will listen to the parties on **Monday, January 27, 2020 at 4 P.M.** with respect to whether there should be a temporary restraining order and an appropriate briefing schedule for the plaintiff's request for a preliminary injunction.

The plaintiff should serve a copy of this Order and the January 23, 2020 Order and all supporting papers on the attorney defendants by email and the individual defendant by overnight mail by **10 A.M.** on **Saturday, January 25, 2020.** The plaintiff should also obtain a copy of the transcript of the conference held on January 24, 2020 and send it to the attorney defendants promptly.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **January 24, 2020**

                                             John G. Koeltl
                                        United States District Judge