UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,

          Plaintiffs,

- against -

JAMES JOYCE, SEAMUS BOYLE, SEAMUS
BOYLE, LLC, STEVEN P. HADDAD, and
STEVEN P. HADDAD., P.C.,

          Defendants.

20-cv-0596 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons discussed at the conference on **January 27, 2020,** the defendants have voluntarily committed to not release the settlement funds at issue pending a judicial determination or other agreement with the plaintiff. Additionally, Seamus Boyle and Seamus Boyle, LLC are dismissed as defendants.

The plaintiff may file a supplemental brief in support of a motion for a preliminary injunction by **January 31, 2020.** The defendants may respond by **February 21, 2020.** The plaintiff may reply by **February 28, 2020.** A hearing is set for **March 9, 2020** at **2:30 P.M.**

For the reasons explained at the conference on **January 27, 2020**, the application for a temporary restraining order is **denied**.

**SO ORDERED.**

Dated: New York, New York
January 27, 2020

John G. Koeltl
United States District Judge