UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,

                Plaintiff,

    - against -

JAMES JOYCE ET AL.,

                Defendants.
───────────────────────────────

20 cv 596 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The status conference scheduled for **March 14, 2021** at 4:00 p.m. is rescheduled to Monday, **March 15, 2021** at 2:30 p.m.

SO ORDERED.

Dated:    New York, New York
            September 24, 2020

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                    United States District Judge