

March 10, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Status conference adjourned until May 10, 2021, at 12:00 p.m.
>
>       /s/ John G. Koeltl
> March 12, 2021  John G. Koeltl
> New York, NY   U.S.D.J.

  Re: Iron Workers Locals 40, 361 & 417 Health Fund v. Joyce et al
     Civil Case No.: 20-cv-00596-JGK

Dear. Judge Koeltl,

  As Your Honor will recall, this firm is counsel to Plaintiff Iron Workers Locals 40, 361 & 417 Health Fund ("Health Fund") in the above-referenced matter. We write to request an adjournment of the status conference currently scheduled for March 15, 2021.

  As we advised via letter dated September 22, 2020 (Dkt. #22), Defendant James Joyce's treating physician has filed for no fault arbitration, and same was held on February 24, 2021. The deadline for filing post-hearing deadlines expired on Monday, March 8, 2021. The arbitrator is expected to issue a decision within forty-five (45) days, i.e. April 22, 2021.

  The outcome of the no fault arbitration may result in the satisfaction of Plaintiff's lien. In light of the delay in the no fault arbitration, Plaintiff requests that the status conference scheduled for March 15, 2021, be adjourned. This is the second request to adjourn the status conference; the prior request was granted. Counsel for the defendants has consented to the adjournment.

  Plaintiffs thank Your Honor for the Court's attention to this matter.

          Respectfully,

          COLLERAN, O'HARA & MILLS L.L.P.

          By: /s/*Thomas P. Keane*
            THOMAS P. KEANE

TPK/gl
3028-0008
cc: Seamus Boyle, Esq. via ECF