**Colleran**
**& O'Hara**
**& Mills** L.L.P.

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEPHANIE SUAREZ
STEVEN G. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
GARRETT J. DOWD
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
KAREN ALBERTELLI GILBERT

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN WASHINGTON, D.C.
\*\*\* ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ OF COUNSEL

July 13, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[Handwritten: The July 16, 2021 Conference is adjourned to September 10, 2021 at 10:00 A.M. So ordered. /s/ JGK USDJ 7/13/21]*

Re: Iron Workers Locals 40, 361 & 417 Health Fund v. Joyce et al
Civil Case No.: 20-cv-596

Dear Judge Koeltl,

As Your Honor will recall, this firm is counsel to Plaintiff Iron Workers Locals 40, 361 & 417 Health Fund ("Health Fund") in the above-referenced matter. We write to request an adjournment of the status conference currently scheduled for July 16, 2021.

Defendant James Joyce's treating physician has filed for no fault arbitration, and same was held on February 24, 2021. The arbitrator issued an award on April 19, 2021, which found that the no fault provider was to pay Mr. Joyce's treating physician.

Defendants have represented to Plaintiffs that the no fault carrier received the final demand to satisfy the arbitration award via letter dated July 8, 2021. The no fault carrier has further received a clarification of the award directing it to pay the physician.

If the no fault carrier pays the physician, the physician is expected to reimburse the Health Fund in the amount of $199,222.92, which represents a significant portion of the Health Fund's total lien of $296,802.38.

In light of the pending reimbursement issue, Plaintiff requests that the status conference scheduled for July 16, 2021, be adjourned. This is the fourth request to adjourn the status conference; the prior requests were granted. Counsel for the defendants has consented to the adjournment.

Plaintiffs thank Your Honor for the Court's attention to this matter.

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/14/2021]*

Respectfully,

COLLERAN, O'HARA & MILLS L.L.P.

By: /s/ *Thomas P. Keane*
THOMAS P. KEANE

TPK/gl
3028-0008
cc: Seamus Boyle, Esq. via ECF

100 CROSSWAYS PARK DRIVE WEST SUITE 200 • WOODBURY, NEW YORK 11797 • T: 516.248.5757 • F: 516.742.1765
WWW.COHMLAW.COM